UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　Defendant. | No.  2:20-cv-00360 AC<br><br><br>ORDER |

  Plaintiff filed this Social Security case on February 16, 2020.  ECF No. 1.  On April 23, 2020, plaintiff was informed that this action would be stayed pursuant to General Order Number 615, and there would be no scheduling order or deadlines in effect pending further order of the court.  ECF No. 7.  Consent/Decline forms had already been issued, with a due date of May 26, 2020.  ECF No. 6.  Defendant has not been served and Consent/Decline forms have not been submitted.

  The court recognizes that the issuance of the stay and the requirement of service and submission of consent/decline forms appears contradictory.  Nonetheless, in order to efficiently move social security cases forward as stays are lifted, the appearance of defendant and the submission of the Consent/Decline form is still required while the stay is in place.

////

1   Accordingly, plaintiff is ORDERED to serve defendant and submit proof of service by
2 November 11, 2020.  The parties are further ORDERED to submit their Consent/Decline forms
3 no later than December 2, 2020.  The case remains otherwise stayed.
4   IT IS SO ORDERED.
5 DATED: October 22, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2