KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| ESTEBAN LOPEZ, | |
|---|---|
| Plaintiff, | Case # 2:20-CV-00360-AC |
| vs. | STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME |
| COMMISSIONER OF SOCIAL SECURITY | |
| Defendant. | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a first extension of time to file Plaintiff's opening brief.

Counsel for the Plaintiff has been very unwell and unable to complete the briefing at this time. As a result, counsel for Plaintiff requires additional time to draft the opening brief. Plaintiff requests a 30-day extension of time to July 21, 2021.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated June 16, 2021:     /s/ Kelsey M Brown

Page 1    STIPULATED MOTION
[2:20-CV-00360-AC]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
Phone: (206) 300-9063

KELSEY MACKENZIE BROWN CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
Phone: (206) 300-9063

Attorney for Plaintiff

Dated June 17, 2021:     s/ KELSEY M. BROWN for Marcelo IIarmo
MARCELO IILARMO
(per e-mail authorization)
Special Assistant U.S. Attorney
Office of the General Counsel

Of Attorneys for Defendant

## ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's opening brief is now due on July 21, 2021. The Court's Scheduling Order (Doc. 6) is modified accordingly.

IT IS SO ORDERED this 22nd day of June 2021.

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Page 2    STIPULATED MOTION
[2:20-CV-00360-AC]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
Phone: (206) 300-9063