UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN LOPEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | No. 2:20-cv-00360 AC<br><br><br>ORDER |

On June 23, 2021, this court granted plaintiff an extension of time to July 21, 2021 to file a motion for summary judgment. ECF 18. That deadline has now passed, and plaintiff has not filed the anticipated motion. Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, within 14 days, why the failure to file a motion for summary judgment should not be deemed a waiver of the right to file such a motion at any time, and why this case should not be dismissed for failure to prosecute. The filing of a motion for summary judgment within that timeframe will discharge this order.

    IT IS SO ORDERED.

DATED: July 27, 2021

_allison claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1